Pro Sc 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

Brennen Clancy

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Port Orange, FL
Dena Joseph
Shelly Field

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

FILED 2021 NOV 22 PM 2:24

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brennen Clancy |
   | Street Address | 734 Cindy Circle |
   | City and County | Port Oange |
   | State and Zip Code | Florida 32127 |
   | Telephone Number | 386-527-8384 |
   | E-mail Address | clancybrennen@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Dena Joseph |
| Job or Title (if known) | Code enforcment officer |
| Street Address | 1000 city center circle |
| City and County | Port Orange, Volusia |
| State and Zip Code | Florida 32127 |
| Telephone Number | 386-506-5563 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Shelly Field |
| Job or Title (if known) | secretary special majistrate |
| Street Address | 1000 city center circle |
| City and County | Port Orange , Volusia |
| State and Zip Code | Florida 32127 |
| Telephone Number | 386-506-5563 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th amendment, equal protection. 8th amendment, exscessive fines imposed.
FHA established by national housing act 1934, making home ownership affordable
42 usc 1983 deprivation of rights under color of law.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
734 Cindy Circle
City of Port orange majistrate hearing

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
events started in 2004, 2017. piror to me owning property
August 2021, October 13th 2021 at a majistrate hearing

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see preveous page atached..

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

A lien of 50 dollars a day is in effect and adding up qickly. currently $1,947 as of october 31st 2021 and approximetly $3,047 as of 11/22/2021

There is no way for me to pay this and a new roof last estimated at $8,235 to bring property up to code.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would ask that this court have the city of Port Orange lift and erase any and all liens. I will fix roof when I can afford to.

That the open prmit from 2017, even though not in my name transfered to me at time of sale and thus a active permit for roof is already in place.

If possible have the city of port orange repair the roof and bring it up to code at there expense. Its there fault to begin with, from 2004. Cost of new roof $ 8,235 was based of last estimate.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Brennen Clancy

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

United States
Middle District Florida
Orlando

## C. What happened?

September of 2020, I purchased 734 Cindy Circle by securing an FHA mortgage.

There was no mention of roof issues in disclosure statements at closing. Inspector gave roof 5 years of life left and that the roof gets coated every couple of years.

After a few months I started noticing deficiencies with roof it appeared to be water damage.

About December I started researching I discovered that the Roof Had what is called a TPO cover (thermoplastic polyolefin). Basically, a fancy tarp which sits atop the actual roof, and it had gone bad and was retaining water. As an emergency reaction I Took the cover off and realized there was more damage, which I was not aware of. I had an estimate done and it was 8,235. Couldn't afford it so I covered roof up with roll shingle as temporary repair until I could afford a new roof.

Then enters city of port orange code enforcement officer Dena joseph. After issuing a stop workorder I shared with her the situation as described above. I was told I would have x amount of time to get a permit for work done but then I would also have to pass an inspection. Which I informed that the only way to pass an inspection is with a new roof.

One thing led to another and I obtain the permit record history of 734 Cindy circle and there were 2 previous roof permits on file one from 2004 and a 2nd from 2017 which is still open today.

Permit for roof from 2004 was when the TPO roof cover was put on as a result of storm damage. The city over saw the repair. (FL ST 611.1) states if more than 25% off roof is damaged, then the entire roof system must be replaced and not covered. Had a proper repair been done none of this would have happened. Being held liable for city's negligence goes against the (National Housing Act of 1934 FHA.) making home ownership affordable.

Permit for roof from 2017 was never done. It remains open in previous owner's name. (FL ST 162.06 A) When property with permit is unknowingly transferred the new owner would have reasonable time to correct. 8 Months is not a reasonable time to come up with over $8,000 for new roof. Then apply a lien of $50 a day when not met. Currently over $3,000 in fines (Amendment 8 excessive fines)

Previous owners were never placed on a deadline from 2017 permit. (Amendment 14 equal protection law needs to be applied equally.)

United States District Court
Middle District Florida
Orlando

A hearing was conducted on August 24th told the story above and was ignored. A final order by special magistrate was entered on October 13th. According to Florida appellate procedure I had 30 days to file appeal. According to Florida appellate procedure appeals on final administrative

or tribunal orders is filed at that court. I went to do that with in the 30-day period and city of port orange clerk redirected me to the 5th circuit clerk for state of Florida.

5th circuit clerks' office had no case file in their data base. The 5th circuit record department had the record of order but was not appealable at circuit court instead at the appeals court for critora. A step was missed it went from final order straight to last chance appeal as a pose to initial appeal.

It appears that the city clerk of port orange or secretary shelly field sent the order over to circuit courts to soon and should have waited the 30 days in which for me to appeal.

Regardless however it was sent up it was in a manner in which I was not allowed to properrly appeal.

(14th amendment equal protection clause, right to appeal.)